**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jack Feathers,

Plaintiff,

v.

On Q Financial LLC,

Defendant.

No. CV-24-00811-PHX-SMB

**ORDER**

The Court having reviewed the Joint Motion for Consolidation (the "Motion") (Doc. 16) and for good cause shown,

**IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1. To ensure consistent and efficient adjudications in this Court, the following cases are hereby consolidated (the "Consolidated Action"):

- *Feathers v. On Q Financial,* Case No. CV-24-00811-PHX-SMB;
- *Connelly v. On Q Financial*, Case No. CV-24-01006-PHX-SPL; and
- *Eitemiller v. On Q Financial*, Case No. CV-24-01125-PHX-SMB.

2. The Consolidated Action will bear Case No. CV-24-00811-PHX-SMB, the number assigned to the first-filed case and reflect the following caption: *Feathers v. On Q Financial,* Case No. CV-24-00811-PHX-SMB.

3. The Clerk of the Court is **ORDERED** to **ADMINISTRATIVELY CLOSE** the *Connelly* case and the *Eitemiller* case.

4. All future papers filed in this Consolidated Action shall be filed under the lead case number CV-24-00811-PHX-SMB, the number assigned to the first-filed case, *Feathers v On*

*Q Financial.* All papers previously filed and served to date in *Connelly* and *Eitemiller* cases are deemed part of the record in the Consolidated Action.

5. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be related to and consolidated with the Consolidated Action for all purposes. The parties shall file a Notice of Related Action should a future filed, transferred, or removed to this District case warrant consolidation in this Consolidated Action.

6. If the Court determines that the case is related, the clerk shall:

a. Place a copy of this Order in the separate file for such action;

b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

c. Direct that this Order be served upon Defendant(s) in the new case; and

d. Make an appropriate entry in the Lead Case's docket.

7. Any attorney who has filed an action in this litigation may file an application for appointment as Interim Class Counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications should be limited to 20 pages, not including any supporting evidence within ten (10) days after the date the Court enters a Consolidation Order.

8. Plaintiffs shall file a Consolidated Class Action Complaint no later than forty five (45) days following the entry of an order appointing Interim Class Counsel, which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Cases.

9. Any response to the Consolidated Class Action Complaint shall be due within forty five (45) days from the filing of the Consolidated Class Action Complaint. All prior response deadlines are vacated. In the event Defendant intends to file a motion to dismiss, the Plaintiffs and Defendant will comply with Local Civil Rules with the following clarifications and/or adjustments:

a. Any opposition to a motion to dismiss shall be filed and served within thirty (30) days of the filing of the motion to dismiss; and

b. any reply brief shall be filed and served within fourteen (14) days of the opposition.

10. Defendant's deadlines to respond to the complaints currently pending in each of the Related Cases are held in abeyance until after the Consolidated Class Action Complaint is filed, at which point a response to the previously filed complaints would be moot.

Dated this 18th day of July, 2024.

Honorable Susan M. Brnovich
United States District Judge