Michael C. McKay (023354)
**MCKAY LAW, LLC**
5635 N. Scottsdale Road, Suite 170
Scottsdale, Arizona 85250
Telephone: (480) 681-7000
Facsimile: (480) 348-3999
Email: mmckay@mckaylaw.us

Attorneys for Plaintiffs
(additional counsel appear on signature page)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JACK FEATHERS; BARBARA SQUIER; BRIAN EITEMILLER; and ISAIAH CASTELLAW; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ON Q FINANCIAL, LLC,<br><br>Defendant. | Case No. 2:24-cv-00811-SMB<br><br>NOTICE OF VOLUNTARY DISMISSAL |

PLEASE TAKE NOTICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Jack Feathers; Barbara Squier; Brian Eitemiller; and Isaiah Castellaw (Plaintiffs) hereby give notice that all claims in this action against Defendant On Q Financial, LLC (“Defendant”) are voluntarily dismissed without prejudice, with each party to bear its own attorneys’ fees and costs.

*/s/ Michael C. McKay*
Michael C. McKay (023354)
MCKAY LAW, LLC
5635 N. Scottsdale Road, Suite 117
Scottsdale, Arizona 85250
Telephone: (480) 681-7000
Facsimile: (480) 348-3999
Email: mmckay@mckaylaw.us

Marc H. Edelson (pro hac vice)
EDELSON LECHTZIN LLP
411 S. State Street, Suite N300
Newtown, Pennsylvania 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
Email: medelson@edelson-law.com

Daniel Srourian (pro hac vice)
SROURIAN LAW FIRM, P.C.
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
Telephone: (213) 474-3800
Email: daniel@slfla.com

John Nelson (pro hac vice)
MILBERG COLEMAN BRYSON PHILIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, California 90212
Telephone: (858) 888-2100
Email: jnelson@milberg.com

*Plaintiffs' Counsel*